# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**TIFFIN EPS, LLC** *and* **TIFFIN MOUNT AIRY, LLC**, *on behalf of themselves and all others similarly situated*,

    Plaintiffs,

v.

**GRUBHUB INC.**,

    Defendant.

No. 2:18-cv-05630-PD

## DEFENDANT GRUBHUB INC.'S RENEWED MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY PROCEEDINGS

In accordance with the Court's May 17, 2019 order (ECF 24), defendant Grubhub Inc. ("Grubhub") files this renewed motion to compel plaintiffs Tiffin EPS, LLC and Tiffin Mount Airy, LLC to arbitrate their claims against Grubhub individually under the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.*, and to dismiss or stay this action pending arbitration under section 3 of the FAA. In support, Grubhub incorporates the attached brief and exhibits.

| | |
|---|---|
| May 31, 2019 | */s/ Rebekah B. Kcehowski* |
| | Rebekah B. Kcehowski |
| | JONES DAY |
| | 500 Grant Street, Suite 4500 |
| | Pittsburgh, PA 15219 |
| | T: (412) 391-3939 |
| | F: (412) 394-7959 |
| | rbkcehowski@jonesday.com |