IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**TIFFIN EPS, LLC, et al.,** :
        **Plaintiffs,** :
         :
**v.** : Civ. No. 18-5630
         :
**GRUBHUB INC.,** :
        **Defendant.** :
         :

## ORDER

    **AND NOW**, this 14th day of June, 2019, upon consideration of Plaintiffs' Motion for Leave to File Replacement Exhibits (Doc. No. 37), it is hereby **ORDERED** that:

1. Plaintiffs' Motion (Doc. No. 37) is **GRANTED**; and

2. The Clerk of Court shall:

    a. Replace Documents 32-30 and 32-31 with Documents 37-1 and 37-2;

    b. Add Document 37-3 to Document 32-2; and

    c. File Document 37-4 as Exhibit 9 to the Declaration of Timothy J. Ford (Doc. No. 32-2).

                                                                 **AND IT IS SO ORDERED.**

                                                                  */s/ Paul S. Diamond*
                                                                   _____

                                                                   Paul S. Diamond, J.